IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR22 |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| DIEGO ESTRADA, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's request to extend his self-surrender date from August 16, 2016 (Filing No. 42). Upon consideration, the motion is granted.

IT IS ORDERED:

1. The Defendant's Motion to Extend Self-Surrender Date (Filing No. 42) is granted, and pending such self surrender, the Defendant's conditions of pretrial release shall remain in full force and effect;

2. The defendant shall report no later than 2:00 p.m. on Monday, October 17, 2016, to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshals for this district.

DATED this 3rd day of August, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge